FILED

05/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0177



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0177

IN RE THE MARRIAGE OF:

FAYE ANN PURMORT,

        Petitioner and Appellee,

    and

STEVE WAYNE PURMORT,

        Respondent and Appellant.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Randy K. Schwickert, 6336 Hwy. 93 S., Whitefish, MT 59937, whitefishlaw@gmail.com** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this May 7, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Steven Wayne Purmort, P.O. Box 2471, Eureka,
       MT 59917 swpurmort@gmail.com\
    Penni L. Chisholm, Penni L. Chishom, P.O. Box 2034, Columbia Falls,
       MT 59912, penni@chisholmlawfirm.com
    Randy K. Schwickert, see address above